Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Western District of Washington**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kristie**<br>First name<br><br>**Edna**<br>Middle name<br><br>**Bumstead**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>**DBA CLARITY CAPITAL MANAGEMENT**<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 3 2 7 1<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>9xx - xx - ___ ___ ___ ___ |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.    Your Employer Identification Number (EIN), if any.**

About Debtor 1:

<u>9</u> <u>3</u> - <u>4</u> <u>0</u> <u>4</u> <u>9</u> <u>0</u> <u>5</u> <u>8</u>
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

About Debtor 2 (Spouse Only in a Joint Case):

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

---

**5.    Where you live**

**6229 Bock Avenue**
_____
Number        Street

**Sumner, WA 98390**
_____
City                          State      ZIP Code

**Pierce**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State      ZIP Code

If Debtor 2 lives at a different address:

_____
Number        Street

_____
City                          State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State      ZIP Code

---

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

**Part 2:  Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes. District ___ When __ MM/DD/YYYY __ Case number ___
District ___ When __ MM/DD/YYYY __ Case number ___
District ___ When __ MM/DD/YYYY __ Case number ___

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes. Debtor ___ Relationship to you ___
District ___ When __ MM/DD/YYYY __ Case number, if known ___
Debtor ___ Relationship to you ___
District ___ When __ MM/DD/YYYY __ Case number, if known ___

**11.  Do you rent your residence?**

☑ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?
 ☐ No. Go to line 12.
 ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**DBA CLARITY CAPITAL MANAGEMENT**
Name of business, if any

**909 Alder Ave Ste 102**
Number          Street

_____

**Sumner**                          **WA**      **98390**
City                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4:** **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.

    ☐ Yes.  What is the hazard?  _____

    _____

    _____

    If immediate attention is needed, why is it needed?

    _____

    _____

    _____

    Where is the property?  _____

    Number          Street

    _____

    _____

    City                                    State      ZIP Code

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X *Kristie Edna Bumstead*
_____
Kristie Edna Bumstead, Debtor 1

Executed on **02/06/2024**
MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Mark Charles McClure**

Signature of Attorney for Debtor

Date **02/06/2024**

MM / DD / YYYY

**Mark Charles McClure**

Printed name

**Law Office of Mark McClure, PS**

Firm name

**1103 W Meeker St 101**

Number        Street

_____

**Kent**                                          **WA**    **98032**

City                                          State    ZIP Code

Contact phone **(253) 631-6484**          Email address **mark@mcclurelawgroup.com**

**24393**                                          **WA**

Bar number                                          State

| Debtor 1 | **Kristie** First Name | **Edna** Middle Name | **Bumstead** Last Name |
|---|---|---|---|

| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **Western** District of **Washington**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1    **6229 Bock Avenue, Sumner, WA 98390**
Street address, if available, or other description

**6229 Bock Avenue**

**Sumner, WA 98390**
City        State    ZIP Code

**Pierce**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **Zillow.com as of 10/31/2023**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $865,700.00 | $865,700.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................................................... →   | $865,700.00 |

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 9 of 89

3.1    Make:     __Acura__

Model:     __MDX__

Year:     __2022__

Approximate mileage: _____

Other information:

| Acura |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $40,770.00 | $40,770.00 |

If you own or have more than one, describe here:

3.2    Make:     __Audi__

Model:     __A6__

Year:     __2017__

Approximate mileage: _____

Other information:

| Audi |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,210.00 | $15,210.00 |

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1    Make:     **HEWESCRAFT 220 OCEAN**

Model:     __Ocean Pro__

Year:     __2017__

Other information:

| 24" plus 2018 EZLOADER TRAILER VIN-1ZEZLJVT9JA001096 VIN: HIN-HEW82886G717 |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,000.00 | $75,000.00 |

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................................... ➔

| $130,980.00 |
|---|

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........  | See Attached. | **$11,250.00**

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........  | Home Electronics | **$2,000.00**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........  | |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........  | Camping Gear at storage unit<br><br>Fishing Gear | **$1,300.00**

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........  | Firearms | **$3,000.00**

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........  | Clothing | **$500.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........  | Jewelry | **$2,000.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........

| |
|---|
| 2 Cats |
| 2 Dogs |

$0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................................ ➡️ | $20,050.00

---

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ............................................................................................................................ Cash: ..................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | **Checking account US Bank - 9499 - as of 2/5/2024** | $2,829.40 |
| 17.2. Checking account: | **Heritage Bank - business account - as of 2/5/2024** <br> **Account Number: 6022** | $465.73 |
| 17.3. Checking account: | **Heritage Bank 6030 as of 2/5/2024** | $119.18 |
| 17.4. Checking account: | **Law Office of Mark Mcclure - IOLTA (account has funds** <br> **sufficient for filing fee).** | unknown |
| 17.5. Savings account: | **Haborstone CU as of 2/5/2024** <br> **Account Number: 3807** | $5.00 |
| 17.6. Savings account: | **Whatcom Education CU as of 2/5/2024** <br> **Account Number: 7813** | $167.53 |
| 17.7. Savings account: | **Whatcom Education CU as of 2/5/2024** <br> **Account Number: XX63S1** | $17.05 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ..................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them...................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **Clarity Capital Management Corporation**<br>**Assets: DOR Refund pending $3,381.**<br>**Liabilities:**<br>**Broken Lease - Van Doren $246k**<br>**Others.** | **50.00%** | **$0.00** |
    | **CLARITY TAX MANAGEMENT P.S.**<br>**Aged AR greater than 90 days - $4k face value - actual value likely zero.** | **100.00%** | **unknown** |
    | **dba Clarity Capital Management (sole proprietorship) - no independant entity value** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | **401(k) - Kristie** | $89,951.00 |
    | 401(k) or similar plan: | **401(k) - Matthew** | $168,499.00 |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 13 of 89

| | | |
|---|---|---|
| 22. | **Security deposits and prepayments** | |
| | Your share of all unused deposits you have made so that you may continue service or use from a company | |
| | *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others | |
| | ☐ No | |
| | ☑ Yes ..................... Institution name or individual: | |
| | Security deposit on rental unit: **J AND M SUMNER PROPERTIES, LLC** | $3,400.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No

☑ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| **Nest \| Nest 529 Plan with Jill Bumstead listed as beneficiary; funded 15 years ago by husband's father.** | $0.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|
| 28. **Tax refunds owed to you** | |

☐ No

☑ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

| 2023 \| 1040 estimated | | Federal: | __$6,000.00__ |
| | | State: | _____ |
| | | Local: | _____ |

29. **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

| | Alimony: | _____ |
| | Maintenance: | _____ |
| | Support: | _____ |
| | Divorce settlement: | _____ |
| | Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........   _____

31. **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | **Kristie Bumstead and children (purchaser / policy on non-filing spouse).** | |
| **Transamerican Life Insurance** | | **$26,725.77** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

☑ No

☐ Yes. Give specific information. ........   _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............   _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. .............. [                                          ]          _____

35. **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information. ........ [ 10/26/2022 Note with Robert Santorello re Purchase of "Book" - mutual default. ]          **unknown**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................... ➜ [ **$298,179.66** ]

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No

☑ Yes. Describe. ......... [ non-filing spouse - AR from SB Advisory, LLC under RINRA Rule 2040 - approximate $30k - non-assignable. ]          **$0.00**

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe. ......... [ Office Equipment, furnishings, and supplies ]          **$1,500.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. ......... [                                          ]          _____

41. **Inventory**

☑ No

☐ Yes. Describe. ......... [                                          ]          _____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

| Name of entity: | % of ownership: |
|---|---|
| | |
| | |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ....................................................................................................... ➔   | $1,500.00 |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information. ............ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .......................... _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .......................... _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........... ➜ | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............ | Potential Refund from WilmerHale - | **unknown**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ ➜ | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ..................... ➜ | $865,700.00 |

56. **Part 2: Total vehicles, line 5**    $130,980.00

57. **Part 3: Total personal and household items, line 15**    $20,050.00

58. **Part 4: Total financial assets, line 36**    $298,179.66

59. **Part 5: Total business-related property, line 45**    $1,500.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**  +  $0.00

| | | | | |
|---|---|---|---|---|
| 62. | **Total personal property.** Add lines 56 through 61. ............... | $450,709.66 | Copy personal property total ➡ | + $450,709.66 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. .................................................................................. | | | $1,316,409.66 |

| | **Continuation Page** |
|---|---|

| 6. | **Household goods and furnishings** | |
|---|---|---|
| | Appliances | $1,750.00 |
| | Food staples in storage unit | $100.00 |
| | Hand Tools / Yard Tools | $500.00 |
| | Home Decor / Christmas Decor at storage unit. | $100.00 |
| | Household Goods and Furnishings | $3,800.00 |
| | Laser Engraver | $5,000.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kristie** | **Edna** | **Bumstead** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Washington** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>6229 Bock Avenue, Sumner, WA 98390<br><u>6229 Bock Avenue Sumner, WA 98390</u><br><br>Line from<br>*Schedule A/B:* ___1.1___ | $865,700.00 | ☐ _____<br><br>☑ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.13.030(b)<br>(Allocated: $445,700.00)<br><br>_____<br><br>_____ |
| Brief description:<br>2017 Audi A6<br><u>Audi</u><br><br>Line from<br>*Schedule A/B:* ___3.2___ | $15,210.00 | ☑ ___$5,824.00___<br><br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(iv)<br><br>_____<br><br>_____ |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☑ Yes

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 21 of 89

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2017 HEWESCRAFT 220 OCEAN Ocean Pro<br>VIN: HIN-HEW82886G717 24" plus 2018 EZLOADER TRAILER VIN-1ZEZLJVT9JA001096<br><br>Line from Schedule A/B:   4.1 | $75,000.00 | ☑   $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>Household Goods and Furnishings<br><br>Line from Schedule A/B:   6 | $3,800.00 | ☑   $3,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| Brief description:<br>Appliances<br><br>Line from Schedule A/B:   6 | $1,750.00 | ☑   $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| | | ☑   $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>Laser Engraver<br><br>Line from Schedule A/B:   6 | $5,000.00 | ☑   $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| | | ☑   $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>Hand Tools / Yard Tools<br><br>Line from Schedule A/B:   6 | $500.00 | ☑   $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| | | ☑   $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Home Decor / Christmas Decor at storage unit.  Line from *Schedule A/B*: 6 | $100.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| Brief description: Food staples in storage unit  Line from *Schedule A/B*: 6 | $100.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| Brief description: Home Electronics  Line from *Schedule A/B*: 7 | $2,000.00 | ☑ $950.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| Brief description: Camping Gear at storage unit  Line from *Schedule A/B*: 9 | $300.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| Brief description: Fishing Gear  Line from *Schedule A/B*: 9 | $1,000.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| | | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description: Firearms  Line from *Schedule A/B*: 10 | $3,000.00 | ☑ $3,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description: Clothing  Line from *Schedule A/B*: 11 | $500.00 | ☑ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(a) |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Jewelry<br><br>Line from<br>*Schedule A/B:*  12 | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(a) |
| Brief description:<br>2 Dogs<br><br>Line from<br>*Schedule A/B:*  13 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| Brief description:<br>2 Cats<br><br>Line from<br>*Schedule A/B:*  13 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(i) |
| Brief description:<br>Heritage Bank 6030 as of 2/5/2024<br>Checking account<br><br>Line from<br>*Schedule A/B:*  17 | $119.18 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>Heritage Bank - business account - as of 2/5/2024<br>Checking account<br>Acct. No.: 6022<br><br>Line from<br>*Schedule A/B:*  17 | $465.73 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>Whatcom Education CU as of 2/5/2024<br>Savings account<br>Acct. No.: XX63S1<br><br>Line from<br>*Schedule A/B:*  17 | $17.05 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>Whatcom Education CU as of 2/5/2024<br>Savings account<br>Acct. No.: 7813<br><br>Line from<br>*Schedule A/B:*  17 | $167.53 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 24 of 89

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Haborstone CU as of 2/5/2024<br>Savings account<br>Acct. No.: 3807<br>Line from *Schedule A/B*: 17 | $5.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>401(k) - Kristie<br><br>Line from *Schedule A/B*: 21 | $89,951.00 | ☑ $89,951.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.020(3) |
| Brief description:<br>401(k) - Matthew<br><br>Line from *Schedule A/B*: 21 | $168,499.00 | ☑ $168,499.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.020(3) |
| Brief description:<br>J AND M SUMNER PROPERTIES, LLC<br>Security deposit on rental unit<br>Line from *Schedule A/B*: 22 | $3,400.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(e) |
| Brief description:<br>Nest<br><br>Line from *Schedule A/B*: 24 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(f) |
| Brief description:<br>1040 estimated<br>Federal tax<br>Line from *Schedule A/B*: 28 | $6,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(d)(ii) |
| Brief description:<br>Transamerican Life Insurance<br><br>Line from *Schedule A/B*: 31 | $26,725.77 | ☑ $26,725.77<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 48.18.410 |
| Brief description:<br>non-filing spouse - AR from SB Advisory, LLC under RINRA Rule 2040 - approximate $30k - non-assignable.<br>Line from *Schedule A/B*: 38 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(e) |

**Part 2:  Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Office Equipment, furnishings, and supplies<br><br>Line from<br>*Schedule A/B:*  39 | $1,500.00 | ☑  $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(e) |

Fill in this information to identify your case:

Debtor 1  **Kristie**      **Edna**        **Bumstead**
_____
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: _____ **Western** ____ District of ___ **Washington** _____

Case number (if
known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** Directors Mortgage
_____
Creditor's Name

4550 SW Kruse Way Suite 275
_____
Number      Street

_____

Lake Oswego, OR 97035
_____
City          State          ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**     $420,000.00    $865,700.00    $0.00

| 6229 Bock Avenue, Sumner, WA 98390 |
| 6229 Bock Avenue Sumner, WA 98390 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to _____
offset)

**Last 4 digits of account number** ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $420,000.00 |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
| --- | --- | --- | --- | --- |

---

**2.2** Harborstone Credit Union

Creditor's Name

PO Box 4207

Number     Street

Tacoma, WA 98438

City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    01/31/2022

**Describe the property that secures the claim:**

2022 Acura MDX
Acura

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   2   9   4   0

Column A: $55,000.00    Column B: $40,770.00    Column C: $14,230.00

---

**2.3** Horizon Credit Union

Creditor's Name

Attn: Bankruptcy

3224 E Mansfield Ave

Number     Street

Spokane Valley, WA 99216

City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    _____

**Describe the property that secures the claim:**

2017 HEWESCRAFT 220 OCEAN Ocean Pro
24" plus 2018 EZLOADER TRAILER VIN-1ZEZLJVT9JA001096

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   4   6   8   1

Column A: $56,874.00    Column B: $75,000.00    Column C: $0.00

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $111,874.00 |
| --- | --- |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.4** J AND M SUMNER PROPERTIES, LLC

Creditor's Name

8015 118TH CT SE

Number     Street

Renton, WA 98056

City          State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**    $38,012.00    $3,400.00    $34,612.00

J AND M SUMNER PROPERTIES, LLC

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Commercial Lease

---

**2.5** Live Oak Banking Co.

Creditor's Name

1741 Tiburon Dr

Number     Street

Wilmington, NC 28403

City          State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   10/16/2016

**Describe the property that secures the claim:**    $52,268.00    $0.00    $52,268.00

Clarity Capital Management Corporation Assets: DOR Refund pending $3,381. Liabilities: Broken Lease - Van Doren $246k Others.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   Business Related

Last 4 digits of account number   m   e   n   t

**Remarks:** Surrender

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $90,280.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Do not deduct the value of collateral. | | If any |

**2.6**   LPL Financial LLC

Creditor's Name

4707 Executive Dr

Number     Street

San Diego, CA 92121

City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:    $2,421,210.45    $5,103.89    $2,416,106.56

> See Attachment

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)    Business Related

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** UCC Lien - Matthew only: "ALL OF DEBTOR'S RIGHTS, TITLE AND INTEREST TO ALL ASSETS OF DEBTOR., WHETHER NOW OWNED OR HEREINAFTER ACQUIRED, WHEREVER LOCATED, AND ALL PROCEEDS, PRODUCT.$, REPLACEMENTS AND SUBSTITUTIONS THEREOF. "

**2.7**   Small Business Administration

Creditor's Name

2401 4th Ave Ste 450

Number     Street

Seattle, WA 98121

City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   7/14/2020

Describe the property that secures the claim:    $500,000.00    $0.00    $500,000.00

> Clarity Capital Management Corporation Assets: DOR Refund pending $3,381. Liabilities: Broken Lease - Van Doren $246k Others.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   8   0   1   0

**Remarks:** Notice only - appears to be no personal guarantee.

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,921,210.45 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* <br> **Amount of claim** <br><br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

**2.8** 

Small Business Administration
_____
Creditor's Name

Attention Bankruptcy
_____

2401 4th Ave Ste 450
_____
Number        Street

Washington, DC 20416
_____
City          State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

[ ]

Column A: **$0.00**   Column B: **$0.00**   Column C: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 2 1 9 9

---

**2.9**

Small Business Administration
_____
Creditor's Name

Attention Bankruptcy
_____

2401 4th Ave Ste 450
_____
Number        Street

Washington, DC 20416
_____
City          State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

[ ]

Column A: **$52,267.00**   Column B: **$0.00**   Column C: **$52,267.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 5 0 0 1

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $52,267.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.10**

| | | | |
|---|---|---|---|
| Whatcom Educational Credit Union | **Describe the property that secures the claim:** | $9,386.00 | $15,210.00 | $0.00 |

Creditor's Name

Attn: Bankruptcy

| 2017 Audi A6 |
|---|
| Audi |

PO Box 9750

Number      Street

**As of the date you file, the claim is:** Check all that apply.

Bellingham, WA 98227

City      State      ZIP Code

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number    1   7   0   0

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $9,386.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $3,605,017.45 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.**   Markun Zusman Comptom
Name

Attn: Rick Smith

465 California St Ste 401
Number      Street

San Francisco, CA 94104-1812
City             State       ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.6

**Last 4 digits of account number** ___ ___ ___ ___

**2.**   Gregory Tendrich, Esquire
Name

3010 N. Military Trail Suite 210
Number      Street


Boca Raton, FL 33431
City             State       ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.6

**Last 4 digits of account number** ___ ___ ___ ___

**3.**   FINRA Dispute Resolution, Inc
Name

300 S Grand Ave Ste 1700
Number      Street


Los Angeles, CA 90071-3127
City             State       ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.6

**Last 4 digits of account number** 0 6 8 4

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 33 of 89

**Attachment Page**

| 2.6 | **Describe the property that secures the claim:** |

Clarity Capital Management Corporation
Assets: DOR Refund pending $3,381.
Liabilities:
Broken Lease - Van Doren $246k
Others.

10/26/2022 Note with Robert Santorello re Purchase of "Book" - mutual default.

CLARITY TAX MANAGEMENT P.S.
Aged AR greater than 90 days - $4k face value - actual value likely zero.

Heritage Bank - business account - as of 2/5/2024

Heritage Bank 6030 as of 2/5/2024

Office Equipment, furnishings, and supplies

Checking account US Bank - 9499 - as of 2/5/2024

Haborstone CU as of 2/5/2024

Whatcom Education CU as of 2/5/2024

Whatcom Education CU as of 2/5/2024

| Debtor 1 | **Kristie** | **Edna** | **Bumstead** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ___Western___ District of ___Washington___

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Department of Labor & Industries | | unknown | unknown | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

Collections

P.O. Box 44171
Number          Street

Olympia, WA 98504
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Remarks:** Notice

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** Department of Revenue

Priority Creditor's Name

Bankruptcy/Claims

2101 4th Ave Ste 1400

Number     Street

Seattle, WA 98121-2300

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Notice

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: unknown    Priority amount: unknown    Nonpriority amount: $0.00

**2.3** Department of the Treasury

Priority Creditor's Name

Internal Revenue Service

Internal Revenue Service

Number     Street

Ogden, UT 84201

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 2 2 9 1

**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $4,521.00    Priority amount: $4,521.00    Nonpriority amount: $0.00

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 17

| Part 1: | Your PRIORITY Unsecured Claims – Continuation Page |
|---------|-----------------------------------------------------|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.4** Employment Security Department

Priority Creditor's Name

UI Tax Admin

P.O. Box 9046

Number     Street

Olympia, WA 98507-9046

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    6   0   0   8     $3,381.03    $3,381.03    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** 2210 Rimland LLC

Nonpriority Creditor's Name

c/o TALBOT REAL ESTATE, L.L.C.

2219 RIMLAND DR STE 115

Number      Street

Bellingham, WA 98226-8661

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Notification only - no personal obligation admitted.

Last 4 digits of account number ___ ___ ___ ___      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.2** Bank of America

Nonpriority Creditor's Name

Attn: Bankruptcy

4909 Savarese Circle

Number      Street

Tampa, FL 33634

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   9   4   9   3      $23,152.00

**When was the debt incurred?**   03/2008

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

<table>
<tr><td colspan="3">**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.3**  Chase Card Services
Nonpriority Creditor's Name
Attn: Bankruptcy P.O. 15298

Number          Street
Wilmington, DE 19850
City                State              ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    7    9    6    1          $2,349.00

**When was the debt incurred?**              11/2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

**4.4**  Davis & Goldmark, Inc.
Nonpriority Creditor's Name
PO Box 2009
Number          Street

Riverside, CA 92516
City                State              ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    6    9    2    0          $3,892.12

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Creditor

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.5** Discover Financial

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 3025

Number      Street

New Albany, OH 43054

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    3   1   6   1     $23.22

**When was the debt incurred?**      06/2002

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

**4.6** Express Employment Professionals

Nonpriority Creditor's Name

841 Central Avenue North #C-115

Number      Street

Kent, WA 98032

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __     $0.00

**When was the debt incurred?**     

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Remarks:** Clarity Tax Management, LLC obligation - notice only

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.7**  Gary Richardson

Nonpriority Creditor's Name

2360 Boy Scout Road

Number          Street

Clearwater, FL 33763

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $50,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.8**  Helium Advisors

Nonpriority Creditor's Name

Atten: Howard Morin

7047 E. Greenway Parkway; Ste 250

Number          Street

Scottsdale, AZ 85254

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Notice

Last 4 digits of account number ___ ___ ___ ___          unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 41 of 89

**Part 2:**    **Your NONPRIORITY Unsecured Claims − Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

### 4.9

JSH Properties, Inc.
Nonpriority Creditor's Name

Attn: Cory O'Brien

509 Olive Way, Suite 1011
Number      Street

Seattle, WA 98101
City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    m    e    n    t      $234,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lease payments

### 4.10

Lumen / Century Link
Nonpriority Creditor's Name

PO Box 52187
Number      Street

Phoenix, AZ 85072
City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2    8    3    6      $4,128.72

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Utility

### 4.11

Michael and Diane Bumstead
Nonpriority Creditor's Name

63 Small Island Ln
Number      Street

Lopez Island, WA 98261-8757
City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      $226,019.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Personal Loan

## Part 2:   Your NONPRIORITY Unsecured Claims − Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.12**   Multicare Health Systems

Nonpriority Creditor's Name

PO Box 102809

Number      Street

Pasadena, CA 91189

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   3   1   1   7      $1,089.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Bill

---

**4.13**   Nitrogen Wealth

Nonpriority Creditor's Name

470 Nevada Street

Number      Street

Auburn, CA 95603

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   3   5   0   9      $1,727.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Related

---

**4.14**   Pacific Life Insurance

Nonpriority Creditor's Name

P.O. Box 9000

Number      Street

Newport Beach, CA 92658-9030

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___      unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Notice only - Clarity Capital management Corp debt.

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.15**   Pacific Office Automation

Nonpriority Creditor's Name

1111 Old Eagle School Rd

Number      Street

Wayne, PA 19087

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   2   0   4      $1,311.00

**When was the debt incurred?**      2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.16**   Phillip E. Multop

Nonpriority Creditor's Name

100 Easy Street Unit #2148

Number      Street

Carefree, AZ 85377

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Notice

Last 4 digits of account number   __ __ __ __      unknown

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Creditor

---

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.17**   Pitney Bowes Global Financial Services      **Last 4 digits of account number** ___ ___ ___ ___    $2,905.40

Nonpriority Creditor's Name

Attn Customer Service Department      **When was the debt incurred?** _____

55 Jewelers Park Dr. Ste 300

Number      Street      **As of the date you file, the claim is:** Check all that apply.

Neenah, WI 54956      ☐ Contingent

City      State      ZIP Code      ☐ Unliquidated

     ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only      **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only      ☐ Student loans

☐ Debtor 1 and Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☑ At least one of the debtors and another      priority claims

☑ **Check if this claim is for a community debt**      ☐ Debts to pension or profit-sharing plans, and other similar debts

     ☑ Other. Specify   Utility

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.18**   Romero Park P.S.      **Last 4 digits of account number**   A   5   0   0    $44,145.00

Nonpriority Creditor's Name

1019 W James St, Ste 102      **When was the debt incurred?** _____

Number      Street

     **As of the date you file, the claim is:** Check all that apply.

Kent, WA 98032      ☐ Contingent

City      State      ZIP Code      ☐ Unliquidated

     ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only      **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only      ☐ Student loans

☐ Debtor 1 and Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☑ At least one of the debtors and another      priority claims

☑ **Check if this claim is for a community debt**      ☐ Debts to pension or profit-sharing plans, and other similar debts

     ☑ Other. Specify   Creditor

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.19**   Service Finance Company      **Last 4 digits of account number**   2   9   1   6    $18,000.00

Nonpriority Creditor's Name

Attn: Bankruptcy      **When was the debt incurred?**   09/2023

PO Box 3025

Number      Street      **As of the date you file, the claim is:** Check all that apply.

New Albany, OH 43054      ☐ Contingent

City      State      ZIP Code      ☐ Unliquidated

     ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only      **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only      ☐ Student loans

☐ Debtor 1 and Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☑ At least one of the debtors and another      priority claims

☐ **Check if this claim is for a community debt**      ☐ Debts to pension or profit-sharing plans, and other similar debts

     ☑ Other. Specify   Credit Card

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 45 of 89

         First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.20**   Stericycle, Inc

Nonpriority Creditor's Name

28883 Network Place

Number       Street

Chicago, IL 60673-1288

City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  2  8  3  6    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  No Personal Obligation - Notice Only.

---

**4.21**   Synchrony Bank/Lowes

Nonpriority Creditor's Name

FL 32896 Attn: Bankruptcy Orlando,

Po Box 965060

Number       Street

City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  7  2  8  8    $3,151.00

**When was the debt incurred?**   01/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Charge Account

---

**4.22**   Synchrony Bank/TJX

Nonpriority Creditor's Name

Attn: Bankruptcy Dept

PO Box 965060

Number       Street

Orlando, FL 32896

City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9  6  1  0    $0.00

**When was the debt incurred?**   07/04/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card

Case 24-40245-BDL   Doc 1   Filed 02/06/24   Ent. 02/06/24 10:48:27   Pg. 46 of 89

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.23**  Synovus Bank

Nonpriority Creditor's Name

Attn: Bankruptcy

1111 Bay Avenue

Number          Street

Columbus, GA 31901

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Cabelas Capital One

Last 4 digits of account number    0    9    2    6          $421.00

**When was the debt incurred?**        03/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

**4.24**  Talbot Group/Barkley Village

Nonpriority Creditor's Name

Attn: Leah Macaleer

2219 Rimland Dr Suite 115

Number          Street

Bellingham, WA 98226

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Debtors reached a settlement - for notice only.

Last 4 digits of account number    ___  ___  ___  ___          $0.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lease payments

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.25**   US Bank/RMS

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 5229

Number         Street

Cincinnati, OH 45201

City         State         ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7   6   9   3      $3,354.00

**When was the debt incurred?**      05/2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

**4.26**   US Bank/RMS

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 5229

Number         Street

Cincinnati, OH 45201

City         State         ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    8   6   9   9      $35,844.55

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.27** Van Doren's Landing Office Plaza LLC

Nonpriority Creditor's Name

c/o JSH Properties, Inc.

509 OLIVE WAY, STE 1011

Number           Street

Seattle, WA 98101-1710

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___          $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**Remarks:** corporate obligation only - listed for notification.

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| 1. | Law Office of Benjamin E. Kelly | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| | Name | |
| | 9218 Roosevelt Way NE | Line _4.14_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| | Number      Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | | **Last 4 digits of account number**     ___ ___ ___ ___ |
| | Seattle, WA 98115 | |
| | City               State          ZIP Code | |

| | | | | Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.** Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $7,902.03 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $7,902.03 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $655,512.01 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $655,512.01 |

Fill in this information to identify your case:

Debtor 1     **Kristie**          **Edna**          **Bumstead**
             First Name           Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name      Last Name

United States Bankruptcy Court for the:     **Western District of Washington**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** J AND M SUMNER PROPERTIES, LLC<br>Name<br><br>8015 118TH CT SE<br>Number     Street<br><br>Renton, WA 98056<br>City          State     ZIP Code | Commercial Lease<br>Contract to be ASSUMED |
| **2.2** Pacific Office Automation<br>Name<br><br>1111 Old Eagle School Rd<br>Number     Street<br><br>Wayne, PA 19087<br>City          State     ZIP Code | Copy machine for business use<br>Contract to be REJECTED |
| **2.3** Pitney Bowes Global Financial Services LLC<br>Name<br><br>Attn Customer Service Department<br><br>55 Jewelers Park Dr. Ste 300<br>Number     Street<br>Neenah, WI 54956<br>City          State     ZIP Code | Business equipment<br>Contract to be REJECTED |
| **2.4**<br>Name<br><br>Number     Street<br><br>City          State     ZIP Code | |

Fill in this information to identify your case:

Debtor 1    __Kristie__      __Edna__      __Bumstead__

First Name      Middle Name      Last Name

Debtor 2

(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    Western    District of    Washington

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No

        ☑ Yes. In which community state or territory did you live? _____ Washington _____. Fill in the name and current address of that person.

        Bumstead, Matthew Thomas

        Name of your spouse, former spouse, or legal equivalent

        6229 Bock Avenue

        Number      Street

        Sumner, WA 98390

        City      State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.1**   Bumstead, Matthew Thomas

Name

6229 Bock Avenue

Number      Street

Sumner, WA 98390

City      State      ZIP Code

☑ Schedule D, line _2.1, 2.2, 2.3, 2.4, 2.5, 2.6, 2.9, 2.10_

☑ Schedule E/F, line

2.1, 4.1, 4.2, 2.2, 4.3, 2.3, 4.4, 2.4, 4.5, 4.6, 4.7, 4.8, 4.9, 4.10, 4.11, 4.12, 4.13, 4.15, 4.16, 4.17, 4.18, 4.19, 4.21, 4.22, 4.23, 4.24, 4.25, 4.26, 4.27

☐ Schedule G, line _____

**3.2**   CLARITY CAPITAL MANAGEMENT CORPORATION

Name

6229 Bock Avenue 110

Number      Street

Sumner, WA 98390

City      State      ZIP Code

☑ Schedule D, line _2.5, 2.7, 2.8_

☑ Schedule E/F, line _2.4, 4.14, 4.20_

☐ Schedule G, line _____

Fill in this information to identify your case:

| Debtor 1 | **Kristie** | **Edna** | **Bumstead** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __**Western District of Washington**__

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| | Occupation | Manager | Owner |
| | Employer's name | CLARITY TAX MANAGEMENT P.S. | DBA CLARITY CAPITAL MANAGEMENT |
| | Employer's address | 2210 RIMLAND DR 101 | 909 Alder Ave Ste 102 |
| | | Number Street | Number Street |
| | | | |
| | | | |
| | | Bellingham, WA 98226 | Sumner, WA 98390 |
| | | City State Zip Code | City State Zip Code |
| | How long employed there? | _____ | _____ |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $0.00 | + $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here.....................................................➔ | 4. | $0.00 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $24,510.19 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $24,510.19 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $24,510.19   +   $0.00   =   $24,510.19 | |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. +   $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.   $24,510.19

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:   Income for the business and therefore for the debtor is anticipated to increase over the next 12 months. Debtor hopes that the increase will be in the range of 20%

8a. Attached Statement

## dba Clarity Capital Managment

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | $37,000.00 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | $0.00 |
| 3. | Net Employee Payroll (Other than debtor) | $4,904.27 |
| 4. | Payroll Taxes | $400.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $1,750.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $300.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $187.39 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $40.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $2,219.93 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |

21. Other Expenses

| | | |
|---|---|---|
| Advertising & Marketing | $313.39 | |
| Bank Charges | $50.00 | |
| Dues and Subscriptions | $305.83 | |
| Software | $619.00 | |
| Tech Support (MCS) | $200.00 | |
| Postage | $0.00 | |
| Cell Phone and Internet | $700.00 | |
| Education/CE | $500.00 | |
| TOTAL OTHER EXPENSES | | $2,688.22 |

| | | |
|---|---|---|
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $12,489.81 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $24,510.19 |

Fill in this information to identify your case:

Debtor 1    **Kristie**      **Edna**      **Bumstead**

First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)

First Name      Middle Name      Last Name

United States Bankruptcy Court for the:      **Western District of Washington**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 19 | ☐ No. ☑ Yes. |
| Child | 16 | ☐ No. ☑ Yes. |
| Child | 12 | ☐ No. ☑ Yes. |
| Child | 21 | ☐ No. ☑ Yes. |
| Spouse | 45 | ☐ No. ☑ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $3,871.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $500.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

**Kristie**     **Edna**     **Bumstead**

| First Name | Middle Name | Last Name |
|---|---|---|

Case number *(if known)* _____

|  | Your expenses |
|---|---|

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $350.00 |
| 6b. Water, sewer, garbage collection | 6b. | $230.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $90.00 |
| 6d. Other. Specify: ADT | 6d. | $75.00 |
| 7. **Food and housekeeping supplies** | 7. | $2,000.00 |
| 8. **Childcare and children's education costs** | 8. | $250.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $350.00 |
| 10. **Personal care products and services** | 10. | $200.00 |
| 11. **Medical and dental expenses** | 11. | $750.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $570.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $1,700.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $300.00 |
| 15b. Health insurance | 15b. | $0.00 |
| 15c. Vehicle insurance | 15c. | $1,000.00 |
| 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **See Additional Page** | 16. | $3,550.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1    2022 Acura MDX | 17a. | $1,076.58 |
| 17b. Car payments for Vehicle 2    2017 Audi A6 | 17b. | $821.56 |
| 17c. Other. Specify:    401k Loans | 17c. | $1,900.00 |
| 17d. Other. Specify: | 17d. | $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a. Mortgages on other property | 20a. | $0.00 |
| 20b. Real estate taxes | 20b. | $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 58 of 89

| 21. | **Other.** Specify: _____ **See Additional Page** _____ | 21. | + | $400.00 |
|-----|-----|-----|-----|-----|

22. **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.        **22a.**    $19,984.14

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      **22b.**    $0.00

     22c. Add line 22a and 22b. The result is your monthly expenses.      **22c.**    $19,984.14

23. **Calculate your monthly net income.**

     23a. Copy line 12 (your combined monthly income) from *Schedule I.*      **23a.**    $24,510.19

     23b. Copy your monthly expenses from line 22c above.      **23b.**   −   $19,984.14

     23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*      **23c.**    $4,526.05

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:
       It is reasonably anticipated that certain household expenses and business expenses will increase as the income increases but at a lower rate.

|  | Amount |
|---|---|
| 6b. **Water, sewer, garbage collection** | |
| Garbage | $80.00 |
| Water/Sewer | $150.00 |
| 12. **Transportation: gas, maintenance, bus or train fare** | |
| Fuel | $300.00 |
| Maintenance | $250.00 |
| GoodtoGo | $20.00 |
| 16. **Taxes** | |
| RTA Tax | $150.00 |
| Self Employment Tax | $3,400.00 |
| 21. **Other** | |
| Storage Unit | $200.00 |
| Pet Care | $200.00 |

| Debtor 1 | **Kristie** | **Edna** | **Bumstead** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Western District of Washington**

Case number (if known)

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................. | $865,700.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*...................................................... | $450,709.66 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.............................................................. | $1,316,409.66 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $3,605,017.45 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $7,902.03 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $655,512.01 |
| **Your total liabilities** | $4,268,431.49 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | $24,510.19 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | $19,984.14 |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 62 of 89

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kristie** | **Edna** | **Bumstead** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Washington** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X *Kristie Edna Bumstead*
_____
Kristie Edna Bumstead, Debtor 1

Date 02/06/2024
MM/ DD/ YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | **Kristie** | **Edna** | **Bumstead** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Western District of Washington** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 30506 SE 208th St<br>Number    Street | From  8/2011<br>To    8/2023 | Number    Street | From _____<br>To _____ |
| Maple Valley, WA 98038<br>City                 State   ZIP Code | | City                 State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____<br>To _____ | Number    Street | From _____<br>To _____ |
| City                 State   ZIP Code | | City                 State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case 24-40245-BDL    Doc 1    Filed 02/06/24   Ent. 02/06/24 10:48:27   Pg. 64 of 89

**Part 2:**   **Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $15,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $15,625.04<br>$2,087,080.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $89,600.00<br>$2,087,080.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>YYYY | _____ | _____ | _____ | _____ |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 65 of 89

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.**    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| US Bank<br>Creditor's Name<br><br>Number   Street<br><br>City   State   ZIP Code | 10/27/23 | $24,146.37 | $0.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| WilmerHale<br>Creditor's Name<br>2100 Pennsylvania Ave NW<br>Number   Street<br>Washington, DC 20037<br>City   State   ZIP Code | 01/30/2024 | $25,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other   Legal Advisory Letter |
| Gregory Tendrich, P.A.<br>Creditor's Name<br>3010 N. Military Trail Suite 210<br>Number   Street<br>Boca Raton, FL 33431<br>City   State   ZIP Code | 01/24/2024 | $8,927.50 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other   Legal Services |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 66 of 89

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Bumstead, Michael and Diane<br>Insider's Name<br>63 Small Island Ln<br>Number　Street<br>Lopez Island, WA 98261<br>City　　　State　　ZIP Code | 02/15/2023<br><br>08/17/2023<br><br>08/31/2023 | $114,380.00 | $226,019.00 | Payments on various loans to debtors from non-filing spouse's parents over the years. |
| Bumstead, Michael and Diane<br>Insider's Name<br>63 Small Island Ln<br>Number　Street<br>Lopez Island, WA 98261-8757<br>City　　　State　　ZIP Code | 06/13/2023 | $8,700.00 | $0.00 | Proceeds from the sale of NFS's parents' Polaris UTV to a third party. NFS facilitated the sale, collected the money, and paid it to his parents. Parents were not really a creditor but disclosure is being made because the funds did pass through Debtor's bank account with NSF acting as a fiduciary/implied trustee. |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br><br>Number　Street<br><br>City　　　State　　ZIP Code | | | | |

---

**Part 4:　Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

Case 24-40245-BDL　Doc 1　Filed 02/06/24　Ent. 02/06/24 10:48:27　Pg. 67 of 89

First Name     Middle Name     Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title    LPL Financial LLC vs Matthew Bumstead (non-filing spouse) | Dispute regarding an advance in non-filing spouse's employment. | FINRA Dispute Resolution, Inc<br>Court Name<br><br>Number    Street<br><br>City     State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number   23-00684 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City     State    ZIP Code | | _____ | _____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City     State    ZIP Code | | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 68 of 89

**Part 5:**   **List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift _____ | | _____ | _____ |
| | | _____ | _____ |
| _____ | | | |
| Number    Street | | | |
| City      State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| The Church of Jesus Christ of Latter-day Saints<br>Charity's Name<br><br>50 E N Temple St FL 15<br>Number   Street<br>Salt Lake City, UT 84150<br>City     State    ZIP Code | Tiething | Last 24 Mos | $30,718.00 |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Boy Scouts of America<br>Charity's Name<br><br><br>Number   Street<br><br>City     State    ZIP Code | Contributions | Last 24 mos | $2,000.00 |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 69 of 89

| Debtor 1 | Kristie | Edna | Bumstead | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

Law Office of Mark McClure, PS
Person Who Was Paid

1103 W Meeker St 101
Number      Street

Kent, WA 98032
City                 State    ZIP Code

Email or website address

Bumstead
Person Who Made the Payment, if Not You

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| Credit Report - Disbursement; Consultation/analysis re Insolvency/reorganization.; Consultation/analysis re Insolvency/reorganization.; Attorney's Fees; Attorney's Fees | 12/27/2023 | $90.00 |
| | 10/12/2023 | $4,228.50 |
| | 1/23/2024 | $10,497.00 |
| | 02/06/2024 | $8,446.50 |
| | 02/06/2024 | $8,446.50 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

Person Who Was Paid

Number      Street

City                 State    ZIP Code

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 70 of 89

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Duffy's Auto Brokerage Auburn<br>Person Who Received Transfer<br><br>3204 Auburn Way N<br>Number   Street<br><br>Auburn, WA 98002<br>City    State   ZIP Code<br><br>Person's relationship to you<br>None | F350 super duty diesel 2021 | Sold for about $57k - Consignment sale through Duffy Auto Dealership in Auburn WA. US Bank Loan secured by vehicle for about $24k was paid off. Debtors netted $32,761.84 | November 2023 |
| Clarity Tax Group, LLC<br>Person Who Received Transfer<br><br>1910 120TH PL SE STE 201<br>Number   Street<br><br>Everett, WA 98208<br>City    State   ZIP Code<br><br>Person's relationship to you<br>None | CLARITY TAX MANAGEMENT P.S. | Debtors recieved $20k;<br>Phillip Multop (shareholder creditor) received $100k. | |
| Craigslist Purchaser<br>Person Who Received Transfer<br><br>unknown<br>Number   Street<br><br>_____<br>City    State   ZIP Code<br><br>Person's relationship to you<br>none | $5,000 - Sheffield Financial was paid off; balance was used to live on. | Side-by-side offroad vehicle with trailer. | Summer 2023 |
| Chase Sensky<br>Person Who Received Transfer<br><br>30506 SE 208th St<br>Number   Street<br><br>Maple Valley, WA 98038<br>City    State   ZIP Code<br><br>Person's relationship to you<br>None | Sale of former Residence | 30506 SE 208th St, Maple Valley, WA 98038. Sold for $1,791,802.92; net of $603,455. Funds depsosited into Debtors US Bank 9499 Account; Bridge Loan for purchase of new home $240k was paid off; About $110k of credit cards paid; Funds to Husband's Parents - See SOFA; other; | 8/17/2023 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| US Bank<br>**Name of Financial Institution**<br><br>P.O. Box 5229<br>**Number  Street**<br><br>_____<br><br>Cincinnati, OH 45201<br>**City   State   ZIP Code** | XXXX– m  e  n  t | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 8/4/2023 | $301.46 |
| Boeing Ecu<br>**Name of Financial Institution**<br><br>Po Box 97050<br>**Number  Street**<br><br>_____<br><br>Seattle, WA 98124<br>**City   State   ZIP Code** | XXXX– 7  1  4  3 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 01/16/2024 | $24.00 |
| Boeing Ecu<br>**Name of Financial Institution**<br><br>Po Box 97050<br>**Number  Street**<br><br>_____<br><br>Seattle, WA 98124<br>**City   State   ZIP Code** | XXXX– 7  1  5  1 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 01/16/2024 | $2,300.00 |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| US Bank<br>**Name of Financial Institution**<br><br>**Number    Street**<br><br><br>**City        State    ZIP Code** | XXXX– 9  1  1  8 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 02/05/2024 | $1,226.00 |
| US Bank<br>**Name of Financial Institution**<br><br>**Number    Street**<br><br>WA<br>**City        State    ZIP Code** | XXXX– 7  4  1  8 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 02/05/2024 | $2.57 |
| Security American<br>**Name of Financial Institution**<br><br>**Number    Street**<br><br><br>**City        State    ZIP Code** | XXXX– 0  4  8  8 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  UTMA - Brokerage Account for Minor 01 | 10/2023 | $6,682.93 |
| Security America<br>**Name of Financial Institution**<br><br>**Number    Street**<br><br><br>**City        State    ZIP Code** | XXXX– 3  6  9  9 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  UTMA - Brokerage Account | 10/2023 | $7,387.00 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 73 of 89

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| **Name of Financial Institution** | **Name** | | |
| **Number    Street** | **Number    Street** | | |
| **City        State    ZIP Code** | **City            State    ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Best Storage NW | | Holiday decor, son's military gear, camping gear, home decor, food sorage. | ☐ No |
| **Name of Storage Facility** | **Name** | | ☑ Yes |
| 16290 Auto Ln | | | |
| **Number    Street** | **Number    Street** | | |
| Sumner, WA 98390-2568 | **City            State    ZIP Code** | | |
| **City        State    ZIP Code** | | | |

---

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Minor 01 | | UBC UTMA account for minor child x3700 as of 2/5/2024 (rollover from Security America 0489) | $10,547.00 |
| **Owner's Name** | **Number    Street** | | |
| 6229 Bock Avenue | | | |
| **Number    Street** | | | |
| | **City            State    ZIP Code** | | |
| Sumner, WA 98390 | | | |
| **City        State    ZIP Code** | | | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Minor 02 | | USB UTMA account for minor child x3701 - rollover from Security America UTMA 0488 | $7,320.00 |
| **Owner's Name** | | | |
| | **Number    Street** | | |
| 6229 Bock Avenue | | | |
| **Number    Street** | | | |
| | **City                 State    ZIP Code** | | |
| Sumner, WA 98390 | | | |
| **City                 State    ZIP Code** | | | |
| Minor01 | | US Bank Checking Account X1653 as of 2/5/2024 | $4.65 |
| **Owner's Name** | | | |
| | **Number    Street** | | |
| 6229 Bock Avenue | | | |
| **Number    Street** | | | |
| | **City                 State    ZIP Code** | | |
| Sumner, WA 98390 | | | |
| **City                 State    ZIP Code** | | | |
| Minor 02 | | US Bank Savings x7482 | $622.83 |
| **Owner's Name** | | | |
| | **Number    Street** | | |
| 6229 Bock Avenue | | | |
| **Number    Street** | | | |
| | **City                 State    ZIP Code** | | |
| Sumner, WA 98390 | | | |
| **City                 State    ZIP Code** | | | |
| Minor 02 | | US Bank Savings x7474 | $860.38 |
| **Owner's Name** | | | |
| | **Number    Street** | | |
| `6229 Bock Avenue | | | |
| **Number    Street** | | | |
| | **City                 State    ZIP Code** | | |
| Sumner, WA 98390 | | | |
| **City                 State    ZIP Code** | | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Name of site** _____ | **Governmental unit** _____ | _____ |
| **Number　Street** _____ | **Number　Street** _____ | |
| _____ | **City　　　State　ZIP Code** | |
| **City　　　State　ZIP Code** | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Name of site** _____ | **Governmental unit** _____ | _____ |
| **Number　Street** _____ | **Number　Street** _____ | |
| _____ | **City　　　State　ZIP Code** | |
| **City　　　State　ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| **Case title** _____ | **Court Name** _____ | ☐ Pending |
| _____ | **Number　Street** _____ | ☐ On appeal |
| **Case number** _____ | **City　　　State　ZIP Code** | ☐ Concluded |

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| CLARITY CAPITAL MANAGEMENT CORPORATION<br>**Name** | Brokerage; no longer doing business | EIN: 8 1 – 0 7 8 2 2 9 1 |
| 6229 Bock Avenue<br>**Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| <br>Sumner, WA 98390<br>**City    State    ZIP Code** | | From 01/04/2016 To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| CLARITY TAX MANAGEMENT P.S.<br>**Name** | Bookkeeping and Tax Preparation; assets sold 12/2023 | EIN: 8 5 – 1 1 1 6 6 5 9 |
| 6229 Bock Avenue<br>**Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| <br>Sumner, WA 98390<br>**City    State    ZIP Code** | | From 10/27/202 To 12/31/2023 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| DBA CLARITY CAPITAL MANAGEMENT<br>**Name** | Financial Services | EIN: 9 3 – 4 0 4 9 0 5 8 |
| 909 Alder Ave<br>**Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| <br>Sumner, WA 98390<br>**City    State    ZIP Code** | Leah Gaye | From 10/2023 To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Case 24-40245-BDL    Doc 1    Filed 02/06/24    Ent. 02/06/24 10:48:27    Pg. 77 of 89

| Debtor 1 | Kristie | Edna | Bumstead | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | Date issued |
|---|---|---|
| _____ | | _____ |
| Name | | MM / DD / YYYY |
| _____ | | |
| Number | Street | |
| _____ | | |
| _____ | | |
| City | State | ZIP Code |

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X *Kristie Edna Bumstead*
_____
Signature of Kristie Edna Bumstead, Debtor 1

Date 02/06/2024

**Did you attach additional pages to your** *Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Case 24-40245-BDL     Doc 1     Filed 02/06/24     Ent. 02/06/24 10:48:27     Pg. 78 of 89

# United States Bankruptcy Court
## Western District of Washington

**In re**    Bumstead, Kristie Edna

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................    $23,262.00

Prior to the filing of this statement I have received ...............................................................................    $23,262.00

Balance Due ...........................................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)    Initial $10k retainer paid by husband's parents - debtors repaid those funds per agreement.

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/06/2024 | /s/ Mark Charles McClure |
|---|---|
| *Date* | Mark Charles McClure |
| | *Signature of Attorney* |

Bar Number: 24393
Law Office of Mark McClure, PS
1103 W Meeker St 101
Kent, WA 98032
Phone: (253) 631-6484

Law Office of Mark McClure, PS
*Name of law firm*

IN RE: **Bumstead, Kristie Edna**                                    CASE NO

                                                                     CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____02/06/2024_____        Signature _Kristie Edna Bumstead_____

                                            Kristie Edna Bumstead, Debtor

**2210 Rimland LLC**
c/o TALBOT REAL ESTATE, L.L.C.
2219 RIMLAND DR STE 115
Bellingham, WA 98226-8661

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Barclays**
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899

**Boeing Employees C U**
Po Box 97050
Seattle, WA 98124

**Matthew Thomas Bumstead**
6229 Bock Avenue
Sumner, WA 98390

**Capital One**
Attn: Bankruptcy
PO Box 30258
Salt Lake City, UT 84130

**Cbna**
Attn: Bankruptcy
P.O. Box 6497
Sioux Falls, SD 57117

**Chase Card Services**
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

**Citibank/ The Home Depot**

Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179

**CLARITY CAPITAL
MANAGEMENT CORPORATION**

6229 Bock Avenue 110
Sumner, WA 98390

**Comenity Bank/ Eddie Bauer**

Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Davis & Goldmark, Inc.**

PO Box 2009
Riverside, CA 92516

**Department of Labor &
Industries**

Collections
P.O. Box 44171
Olympia, WA 98504

**Department of Revenue**

Bankruptcy/Claims
2101 4th Ave Ste 1400
Seattle, WA 98121-2300

**Department of the Treasury**

Internal Revenue Service
Internal Revenue Service
Ogden, UT 84201

**Directors Mortgage**

4550 SW Kruse Way Suite 275
Lake Oswego, OR 97035

**Discover Financial**
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


**Employment Security Department**
UI Tax Admin
P.O. Box 9046
Olympia, WA 98507-9046


**Express Employment Professionals**
841 Central Avenue North # C-115
Kent, WA 98032


**FINRA Dispute Resolution, Inc**
300 S Grand Ave Ste 1700
Los Angeles, CA 90071-3127


**Gary Richardson**
2360 Boy Scout Road
Clearwater, FL 33763


**Gregory Tendrich, Esquire**
3010 N. Military Trail Suite 210
Boca Raton, FL 33431


**Harborstone Credit Union**
PO Box 4207
Tacoma, WA 98438


**Helium Advisors**
Atten: Howard Morin
7047 E. Greenway Parkway; Ste 250
Scottsdale, AZ 85254

**Horizon Credit Union**
Attn: Bankruptcy
3224 E Mansfield Ave
Spokane Valley, WA 99216

**J AND M SUMNER PROPERTIES, LLC**
8015 118TH CT SE
Renton, WA 98056

**JSH Properties, Inc.**
Attn: Cory O'Brien
509 Olive Way, Suite 1011
Seattle, WA 98101

**Kohls/ Capital One**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

**Kreider Hughes Law, PLLC**
Attention: Patrice Kreider-Hughes
P.O. Box 27372
Seattle, WA 98165

**Law Office of Benjamin E. Kelly**
9218 Roosevelt Way NE
Seattle, WA 98115

**Live Oak Banking Co.**
1741 Tiburon Dr
Wilmington, NC 28403

**LPL Financial LLC**
4707 Executive Dr
San Diego, CA 92121

**Lumen / Century Link**
PO Box 52187
Phoenix, AZ 85072


**Macys/ fdsb**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


**Markun Zusman Comptom**
Attn: Rick Smith
465 California St Ste 401
San Francisco, CA 94104-1812


**Michael and Diane Bumstead**
63 Small Island Ln
Lopez Island, WA 98261-8757


**Multicare Health Systems**
PO Box 102809
Pasadena, CA 91189


**Nitrogen Wealth**
470 Nevada Street
Auburn, CA 95603


**Pacific Life Insurance**
P.O. Box 9000
Newport Beach, CA 92658-9030


**Pacific Office Automation**
1111 Old Eagle School Rd
Wayne, PA 19087

**Phillip E. Multop**
100 Easy Street Unit #2148
Carefree, AZ 85377


**Pitney Bowes Global Financial Services**
Attn Customer Service Department
55 Jewelers Park Dr. Ste 300
Neenah, WI 54956

**Pitney Bowes Global Financial Services LLC**
Attn Customer Service Department
55 Jewelers Park Dr. Ste 300
Neenah, WI 54956

**Romero Park P.S.**
1019 W James St, Ste 102
Kent, WA 98032


**Service Finance Company**
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


**Small Business Administration**
2401 4th Ave Ste 450
Seattle, WA 98121


**Small Business Administration**
Attention Bankruptcy
2401 4th Ave Ste 450
Washington, DC 20416

**Stericycle, Inc**
28883 Network Place
Chicago, IL 60673-1288

**Synchrony Bank/ Old Navy**
FL 32896
Attn: Bankruptcy
Orlando,
Po Box 965060

**Synchrony Bank/ JCPenney**
FL 32896
Attn: Bankruptcy
Orlando,
Po Box 965060

**Synchrony Bank/ Lowes**
FL 32896
Attn: Bankruptcy
Orlando,
Po Box 965060

**Synchrony Bank/ TJX**
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

**Synchrony/ PayPal Credit**
FL 32896
Attn: Bankruptcy
Orlando,
PO Box 965060

**Synovus Bank**
Attn: Bankruptcy
1111 Bay Avenue
Columbus, GA 31901

**Talbot Group/ Barkley Village**
Attn: Leah Macaleer
2219 Rimland Dr Suite 115
Bellingham, WA 98226

**US Bank/ RMS**
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201

**Van Doren's Landing Office
Plaza LLC**
c/o JSH Properties, Inc.
509 OLIVE WAY, STE 1011
Seattle, WA 98101-1710

**Whatcom Educational Credit
Union**
Attn: Bankruptcy
PO Box 9750
Bellingham, WA 98227